

AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**v.**

Steve Ontiveros

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 04CR2680-W

Kenneth J. Troiano
Defendant's Attorney

**REGISTRATION No.** 94198198

THE DEFENDANT:
X    admitted guilt to violation of allegation(s) No.    One

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

**Allegation  Number**          **Nature of Violation**
one (nv7)                        Failure to report as directed

The defendant is sentenced as provided in pages 2 through _____2_____ of this judgment.  The sentence is imposed
pursuant to the Sentencing Reform Act of 1984.

Penalty assessment imposed on 1/11/05 is ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully
paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's
economic circumstances.

November 20, 2006
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B    (Rev. 9/00) Judgment in Criminal Case
              Sheet 2 — Imprisonment

DEFENDANT:       Steve Ontiveros
CASE NUMBER:     04CR2680-W

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 3 months.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons or to the US

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
                   UNITED STATES MARSHAL

          By _____
                   DEPUTY UNITED STATES MARSHAL